USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2021



**MEMO ENDORSED**

**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**IAN WILLIAM FORSTER**
Phone: (212) 356-2624
Fax: (212) 356-2089
iforster@law.nyc.gov
(not for service)

January 22, 2021

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re: *S.K.N. et al. v. New York City Department of Education et al.,*
20-cv-10562 (VEC)

Dear Judge Caproni:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, James E. Johnson, attorney for Defendants in the above-referenced action, in which Plaintiffs seek relief for S.N., a minor child, under the Individuals with Disabilities Education Improvement Act, 20 U.S.C. § 1400, *et seq.*, Section 504 of the Rehabilitation Act, 29 U.S.C. § 701, as well as New York State law.  I write to respectfully request, on consent, that Defendants' time to respond to the Complaint be extended by 45 days, from January 27, 2021 to March 15, 2021; and that the initial pretrial conference scheduled for February 5, 2021 be adjourned to a date after March 15, 2021, the requested adjourned date for Defendants' response to the Complaint.  This is the first such request.

Over the past few weeks, counsel for the parties have engaged in discussions to address the substantive claims at issue in this action.  Among other things, the parties have discussed DOE's implementation of S.N.'s pendency services, and other special education-related services, as ordered in the underlying administrative decisions from an Impartial Hearing Officer (IHO) and a State Review Officer (SRO).  The parties share a desire to resolve these issues without further intervention by the Court, if possible.  To that end, Defendants make this application for additional time, on consent, to allow the parties to continue these efforts.

Thank you for your consideration of this request.

Respectfully,

/s/
Ian William Forster
Assistant Corporation Counsel

**CC:** **BY ECF**
*all counsel of record*

Application GRANTED.

Defendants time to answer, move, or otherwise respond to the Complaint is adjourned to **Friday, March 19, 2021**.

The initial pretrial conference currently scheduled for February 5, 2021 is hereby adjourned to **Friday, March 19, 2021, at 11:00 A.M.** Pre-conference submissions are due no later than **Thursday, March 11, 2021**. For the conference dial in information and for a description of the pre-conference submissions, the parties should consult the notice of initial pretrial conference, Dkt. 10.

SO ORDERED.

*[signature]*         Date: January 22, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE