


**GEORGIA M. PESTANA**

*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Simone Nicholson
*Special Assistant Corporation Counsel*
Cell: (212) 356-2394

July 1, 2021

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Street
New York, NY 10007

   Re: S.K.N., et. al. v. NYC Dep't of Educ., et. al. No. 20-cv-10562 (KHP)

Dear Judge Caproni:

  I am Special Assistant Corporation Counsel in the office of Acting Corporation Counsel Georgia M. Pestana, attorney for Defendants in the above-referenced action. I write to request a brief extension to file pre-conference submissions currently due July 1, 2021, in advance of the July 9, 2021 Initial Conference. Plaintiff's counsel has consented to the extension until Wednesday July 7, 2021. We are <u>not</u> requesting an adjournment of the Initial Conference. The parties are engaged in settlement negotiations and are hopeful they can fully resolve this matter prior to the Initial Conference.

  I apologize for the lateness of this request and any inconvenience it may cause to the Court. This case was just reassigned to me as a result of staffing changes. A short extension will allow me to better engage in meaningful settlement discussions and may obviate the need for pre-conference submissions, or an appearance on July 9, 2021.

  Accordingly, Defendants respectfully request that the deadline to file pre-conference submissions be extended to July 7, 2021.

  Thank you for considering this submission and request.

            Respectfully submitted,

            Simone Nicholson
            /s/
            Special Assistant Corporation Counsel

cc: Erin O'Connor (via ECF)

Application GRANTED.

SO ORDERED.

Date: July 1, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE