# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/14/2022

February 14, 2022

*BY ECF*
Hon. Valerie E. Caproni, United States District Judge
U.S. District Court -- Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *S.K.N. et al. v. NYC Dep't of Educ., et al.*, No. 20-cv-10562 (VEC)

Dear Judge Caproni:

    I represent the Plaintiffs in the above-referenced action and write jointly with counsel for the Defendants to request an adjournment of the conference currently scheduled for February 18, 2022 at 10:00 am.  Docket Entry 32.

    On December 7, 2021, Your Honor granted the parties a stay of discovery because we are in the midst of negotiating a possible settlement of the case.  Docket Entry 36.  The parties are scheduled to provide an update on the status of settlement by March 21, 2022.  Docket Entry 38.  Accordingly, the conference scheduled for February 18th is not necessary at this time and we respectfully request an adjournment *sine die* while we try to resolve this action.  This is the parties' first request for an adjournment of the February 18th conference.

    We thank the Court for its attention in this matter.

Respectfully Submitted,

*Erin O'Connor*
Erin O'Connor, Of Counsel
The Law Office of Elisa Hyman, P.C.
*Counsel for the Plaintiffs*

cc: Simone Nicholson, Esq., *Counsel for the Defendants*, via ECF

---

Application GRANTED.  The status conference, currently scheduled for Friday, February 18, 2022 at 10:00 A.M., is adjourned *sine die*.

SO ORDERED.

*[signature: Valerie Caproni]*
Date: February 14, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

1115 BROADWAY, 12TH FL.
NEW YORK, NY 10010

42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010

WWW.SPECIALEDLAWYER.COM